CGFD32 (10/01/16)



**ORDERED in the Southern District of Florida on November 7, 2024**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 24–17588–RAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Daniel Garcia Soto
15600 SW 80TH ST APT 303
Miami, FL 33193

SSN: xxx–xx–6599

## ORDER DISCHARGING CHAPTER TRUSTEE

An order converting this case to chapter 13 was entered in this case. , the chapter trustee, having filed a final report, is discharged.

# # #